# NO. 12-13-00226-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RAMON RAMOS,* *APPELLANT* | *§* | *APPEAL FROM THE 114TH* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | *§* | *SMITH COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

After pleading guilty, Appellant was convicted of aggravated assault against a public servant in fourteen cases. Sentence was imposed on July 18, 2006, and Appellant filed an untimely notice of appeal from each conviction on December 5, 2007. We dismissed the appeals for want of jurisdiction[1] and issued our mandate on March 19, 2008.

Since February 20, 2013, Appellant has filed a number of motions in the trial court pertaining to one of the fourteen convictions (trial court cause number 114-1467-06). On June 18, 2013, Appellant filed a document entitled "Notice of Appeal," which the trial court construed as a request for permission to appeal and denied it by written order signed on June 27, 2013. Appellant filed a notice of appeal expressing his intent to appeal that order.

On July 19, 2013, we notified Appellant, through his counsel, that the information received in this appeal does not include a final judgment or other appealable order. *See* TEX. R. APP. P. 37.2.

---

[1] *See* ***Ramos v. State***, Nos. 12-07-00435-CR, 12-07-00436-CR, 12-07-00437-CR, 12-07-00438-CR, 12-07-00439-CR, 12-07-00440-CR, 12-07-00441-CR, 12-07-00442-CR, 12-07-00443-CR, 12-07-00444-CR, 12-07-00445-CR, 12-07-00446-CR, 12-07-00447-CR, 12-07-00448-CR, 2007 WL 4248027 (Tex. App.–Tyler Dec. 5, 2007, no pet.).

Appellant was further notified that the appeal would be dismissed unless the district clerk's record was amended, on or before August 19, 2013, to show the jurisdiction of this court. Counsel promptly responded that he agrees this court does not have jurisdiction of the appeal. Accordingly, the appeal is ***dismissed for want of jurisdiction***.

Opinion delivered July 31, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS
# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS
# JUDGMENT

**JULY 31, 2013**

**NO. 12-13-00226-CR**

**RAMON RAMOS**,
Appellant
V.
**THE STATE OF TEXAS**,
Appellee

---

Appeal from the 114th Judicial District Court
of Smith County, Texas. (Tr.Ct.No. 114-1467-06)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

3